UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| ANNE G., | ) | Case No.: 3:19-cv-01333-MK |
|       Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| ANDREW SAUL, Commissioner, Social Security Administration, | ) ) ) ) ) | |
|       Defendant. | ) ) | |

_____

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,958.06 is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232.  If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

    IT IS SO ORDERED:  <u>February 16, 2021</u>

                                                    <u>s/ Mustafa T. Kasubhai</u>
                                                    MUSTAFA T. KASUBHAI (He / Him)
                                                    United States Magistrate Judge

Page 1 – PETITION FOR EAJA FEES

Proposed Order submitted:                                      Date:  January 26, 2021

/s/ George Wall

---

George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Anne G.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's MOTION FOR APPROVAL OF FEES PER EAJA and PROPOSED ORDER were filed with the Clerk of the Court on January 26, 2021, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Renata Gowie | renata.gowie@usdoj.gov, caseview.ecf@usdoj.gov, Jan.sands@usdoj.gov, trudylee.fleming@usdoj.gov. Usaor.ss@usdoj.gov |
| Lisa Goldoftas | lisa.goldoftas@ssa.gov, OGC.Seattle.ECF@ssa.gov |

/s/ George Wall

---

George J. Wall, OSB No. 934515
825 NE 20th Ave., Suite 330
Portland OR 97232
Telephone: (503)236-0068
Fax: (503)236-0028
gwall@eastpdxlaw.com
Attorney for Plaintiff, Anne. G

Page 2 – PETITION FOR EAJA FEES